AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF RI

## EXHIBIT AND WITNESS LIST

V.

Miguel Sandoval Samano. Case Number: 1:07MJ125A

| PRESIDING JUDGE Almond | PLAINTIFF'S ATTORNEY McAdams | DEFENDANT'S ATTORNEY McElroy. |
|---|---|---|
| TRIAL DATE (S) 12-14-07 | COURT REPORTER tape | COURTROOM DEPUTY Noll |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 12-14 | | | Julio Endara - sworn |
| 1 | | " | 12-14 | Y. | Mexican driver's license - copy. |
| 2 | | " | " " | obj Y. | naturalization certificate |
| 3 | | " | 12-14. | Y. | Mexican registration civil card. |
| 4 | | " | Y | Y. | Affidavit. |
| | ✓ | | | | Brenda Samano |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.